# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00422-CV

**Shakeel Mustafa, Appellant**

**v.**

**Felix Rippy, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
NO. 15-0708-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Shakeel Mustafa filed a notice of appeal attempting to challenge the trial court's order granting Felix Rippy's motion to compel arbitration.

We do not have jurisdiction to review a trial court's interlocutory order granting arbitration. *See* Tex. Civ. Prac. & Rem. Code § 171.098(a)(1),(2) (authorizing interlocutory appeal of trial court order *denying* application to compel arbitration or granting application to *stay* arbitration) (emphases added); *Mohamed v. Auto Nation USA Corp.*, 89 S.W.3d 830, 833-34 (Tex. App.—Houston [1st Dist.] 2002, no pet.) (dismissing interlocutory appeal because "no interlocutory appeal lies from an order granting a motion to compel arbitration under TAA").

On August 4, 2015, this Court requested that Mustafa file a written response demonstrating our jurisdiction over this appeal. No response was filed.

We dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed:   August 21, 2015